CIV-17-1356 F

FILED
DEC 20 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY: KR , DEPUTY

DEAR COURT CLERKS AND HONORABLE JUDGE,

I AM SENDING YOU A CERTIFIED COPY OF MY TRUSTFUND ACCOUNT STATEMENT AND MY APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS. WILL YOU PLEASE STAMP FILE ALL THE CONTENTS OF THIS ENVELOPE?

I ALSO WOULD LIKE TO REQUEST APPOINTMENT OF COUNSEL FOR THE FOLLOWING REASONS:

1) MERITS OF THE CLAIMS;
2) NATURE AND COMPLEXITY OF THE LEGAL AND FACTUAL ISSUES;
3) PLAINTIFFS ABILITY TO INVESTIGATE THE FACTS AND PRESENT HIS CLAIMS,
4) I HAVE SEVERE MENTAL ISSUES WHICH ARE ALL VERY WELL DOCUMENTED;
5) I HAVE BEEN UNDER MENTAL HEALTH PROFESSIONAL CARE FOR OVER 20 YEARS NOW;
6) I AM PRESCRIBED MENTAL HEALTH MEDICATIONS WHICH IMPAIR MY MENTAL HEALTH;
7) I AM DIAGNOSED WITH SEVERAL MENTAL HEALTH ISSUES BY MORE THAN ONE PROFESSIONAL AND BY NUMEROUS STATE AGENCIES AND

STATE DEPARTMENTS;

8) I AM UNABLE TO FILL OUT NOR COMPLETE THE 1983 CIVIL COMPLAINT DUE TO COMPREHENSION ISSUES AND OTHER MENTAL HEALTH DISABILITIES WHICH PREVENT ME FROM PURSUEING THE PROTECTION OF MY CONSTITUTIONAL RIGHTS;

9) I HAVE DISABILITIES WHICH REQUIRE ME TO HAVE ASSISTANCE WITH SUCH COMPLEX ISSUES WHICH ARE PRESENT;

10) I AM NOT ABLE TO COMPLETE THE 1983 CIVIL COMPLAINT FORM WITHOUT SOME ASSISTANCE WITH SOMEONE TRAINED IN LEGAL LAW;

11) THE OKLAHOMA STATE DEPARTMENTS OF:
1) CORRECTIONS/D.O.C.
2) D.R.S.
3) OKDMH
4) OKDMHSAS
5) OKLAHOMA GRADY COUNTY JAIL MENTAL HEALTH
6) D.H.S.
- HAVE ALL BEEN TREATING ME FOR MY MENTAL HEALTH MATTERS. I HAVE ALREADY TRIED READING YOUR COURT RULES WHICH FURTHER CONFUSED ME. I HAVE ALSO WRITTEN TO SEVERAL ATTORNEYS AND TO ADVOCACY FIRMS AND THE A.C.L.U. AND MANY OTHERS

REQUESTING SOME SORT OF LEGAL ASSISTANCE BUT TO NO PREVAIL.

AS TIME GOES BY MY CONSTITUTIONAL RIGHTS ARE BEING TOTALLY VIOLATED AND EVEN NOW HAS BECOME ABUSIVE AND EVEN THREATENED. I AM IN CONTINUAL PAIN AND I HAVE BEEN IN THIS CONTINUAL PAIN FOR 3 MONTHS PLUS NOW. MY MEDICAL ISSUE IS SERIOUS AND IS GETTING MUCH WORSE. SO I ASK YOU TO PLEASE APPOINT ME COUNSEL OR ASSISTANCE BECAUSE WITHOUT SUCH HELP I AM UNABLE TO CONTINUE MY PROTECTION OF MY RIGHTS NOR AM I ABLE TO ADEQUATELY FILE ANY COMPLAINT IN YOUR COURTS. PLEASE HELP!

RESPECTFULLY,
GARY BARNARD JR.